
FILED
DEC 22 2016
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR ROBERT NAVA, JR.,<br><br>Defendant. | CR 00-98-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, Victor Robert Nava, Jr. is hereby released from the custody of the U.S. Marshal Service.

DATED this 22nd day of December, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1